UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT NORTH CAROLINA

In re: )
 )
WENDY MARIE MORRISON ) Case No. 10-10365
 ) Chapter 7
Debtor )
_____ )

MOTION FOR SUMMARY JUDGMENT

     Now Comes the United States Bankruptcy Administrator, by and through Counsel, and moves the Court pursuant to Rule 56 of the Rules of Federal Civil Procedure, made applicable to this case by Rule 7056 of the Rules of Bankruptcy Procedure, for a summary judgment in his favor on the issue of household size, on the grounds that there is no genuine issue of material fact that the Debtor has a household of two, and the Bankruptcy Administrator is entitled to judgment on that issue as a matter of law.

                  This the _24th day_ of September, 2010.

                  MICHAEL D. WEST, ESQ.
                  U.S. BANKRUPTCY ADMINISTRATOR


                  BY:   S/Robert E.Price, Jr.
                         Robert E. Price, Jr.
                         Staff Attorney
                         State Bar No. 9422


Of Counsel:

Office of the Bankruptcy Administrator
P.O. Box 1828
Greensboro, North Carolina 27402-1828

CERTIFICATE OF SERVICE

       This is to certify that the foregoing document was served upon the following on the date set forth below electronically (if registered on CM/ECF) or by depositing a copy of the same in the United States mail, first class, postage prepaid, and addressed as follows:

**J. Marshall Shelton**
Ivey, McClellan, Gatton, & Talcott, LLP
Suite 500
100 South Elm St.
P.O. Box 3324
Greensboro, NC 27402

**Wendy Marie Morrison**
3531 Long Run Drive
Greensboro, NC 27405

DATED: _September 24, 2010.                   _S/Robert E. Price, Jr. __
                                                                         Staff Attorney